United States District Court
Southern District of Texas
**ENTERED**
October 14, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| H. PROVINO, "Plaintiff," | § § § § | |
| v. | § | Civil Action No. 1:26-cv-00172 |
| RICK PERRY, *et al.*, "Defendants." | § § § § | |

**ORDER**

Before the Court are Plaintiff's "Complaint for a Civil Case" (Dkt. No. 1) ("Complaint") and the Magistrate Judge's "Report and Recommendation to Dismiss Plaintiff's Action for Failure to Prosecute" (Dkt. No. 15) ("Report and Recommendation").

The Report and Recommendation was published on September 21, 2026, and objections to the Report and Recommendation were due on October 5, 2026. Since no objections were filed to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the Report and Recommendation (Dkt. No. 15) is **ADOPTED**. Thus, Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED without prejudice**. The Clerk of Court is **ORDERED** to close this case.

SIGNED this October 14, 2026

Rolando Olvera
United States District Judge